## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **EQUAL RIGHTS CENTER** | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 8:13-cv-01065-DKC |
| | ) | |
| vs. | ) | |
| | ) | |
| **WOODFIELD INVESTMENTS, LLC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Equal Rights Center respectfully submits this Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a), and hereby voluntarily dismisses the above-referenced action.

Dated: August 29, 2013

/s/ Douglas W. Baruch
Douglas W. Baruch, Esquire
(DMD No. 12554)
Fried, Frank, Harris, Shriver
  & Jacobson LLP
801 17th Street, NW
Washington, DC 20006
Telephone No.  202-639-7000
Fascmile No.  202-639-7003
Douglas.Baruch@friedfrank.com

*Counsel for Plaintiff*
*Equal Rights Center*